1  Victoria Dillihunt *(Full Name)*

2  dillihunt.victoria@yahoo.com *(Email Address)*

3  12035 S. Broadway #K *(Address Line 1)*

4  Los Angeles CA 90061 *(Address Line 2)*

5  213-638-5371 *(Phone Number)*

6  Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT

MAR 20 2023

CENTRAL DISTRICT OF CALIFORNIA
BY DVE        DEPUTY

IFP Submitted

7

8  # UNITED STATES DISTRICT COURT

9  # CENTRAL DISTRICT OF CALIFORNIA

10

11  Victoria Dillihunt ,

12  Plaintiff,

13  vs.

14  Kim Yo-Jong

15  Kim Jong-Un

16

17

18  Defendant(s).

19

Case No. 2:23-cv-02071-FMO-(MAR)
*(To be supplied by the Clerk)*

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒ Yes  ☐ No

20  *(All paragraphs and pages must be numbered.)*

21  ## I. JURISDICTION

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25  ## II. VENUE

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving

27  rise to this complaint happened in this district.

28

Page Number

## III. PARTIES

3.    Plaintiff _Victoria Dillihunt_ resides at:

*(your full name)*

_12035 S. Broadway #K_

_Los Angeles CA, 90061_ .

*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _Kim Yo-Jong_ works at

*(full name of Defendant)*

_188 Sejong-daero, Jongno-gu, Seoul_ .

*(Defendant's place of work)*

Defendant's title or position is _State Affairs Commission of North Korea_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _the defendant_
_helped deceive humanity through its power of influence_
_in the political field and foreign affairs with USA_

5. Defendant _Kim Jong-Un_ works at

*(full name of Defendant)*

_188 Sejong-daero, Jongno-gu, Seoul_ .

*(Defendant's place of work)*

Defendant's title or position is _Supreme Leader of North Korea_

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _the defendant helped_
_deceive humanity through its power of influence in the_
_political field and foreign affairs with USA_

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Congressional Record—Appendix, pp. A34-A35**
**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.


*page 3*

21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.

page 4

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

6. Genesis 3:1-24 says ① Now the serpent was more subtile
Insert ¶ #
than any beast of the field which the LORD GOD had made.
And he said unto the woman, Yea, hath God said, Ye shall
not eat of every tree of the garden? ② And the woman said
unto the serpent, We may eat of the fruit of the trees of
the garden: ③ But of the fruit of the tree which is in the
midst of the garden, God hath said, Ye shall not eat of it,

7. neither shall ye touch it, lest ye die. ④ And the serpent
Insert ¶ #
said unto the woman, Ye shall not surely die: ⑤ For God
doth know that in the day ye eat thereof, then your eyes
shall be opened, and ye shall be as gods, knowing good and
evil. ⑥ And when the woman saw that the tree was good
for food, and that it was pleasant to the eyes, and a tree
to be desired to make one wise, she took of the fruit

8. thereof, and did eat, and gave also unto her husband
Insert ¶ #
with her; and he did eat. ⑦ And the eyes of them both
were opened, and they knew that they were naked; and they
sewed fig leaves together, and made themselves aprons.
⑧ And they heard the voice of the LORD GOD walking in the
garden in the cool of the day: and Adam and his wife hid
themselves from the presence of the LORD GOD amongst
the trees of the garden. ⑨ And the LORD GOD called unto
Adam, and said unto him, Where art thou? ⑩ And he said,

5

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

9. I heard thy voice in the garden, and I was afraid, because I was naked; and I hid myself. (11) And he said, Who told thee that thou wast naked? Hast thou eaten of the tree, whereof I commanded thee that thou shouldest not eat? (12) And the man said, The woman whom thou gavest to be with me, she gave me of the tree, and I did eat. (13) And the LORD GOD said unto the woman, What is this that thou hast done? And the woman said, The serpent beguiled me,

10. and I did eat. (14) And the LORD GOD said unto the serpent, Because thou hast done this, thou art cursed above all cattle, and above every beast of the field; upon thy belly shalt thou go, and dust shalt thou eat all the days of thy life: (15) And I will put enmity between thee and the woman, and between thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. (16) Unto the woman he said,

11. I will greatly multiply thy sorrow and thy conception; in sorrow thou shalt bring forth children; and thy desire shall be to thy husband, and he shall rule over thee. (17) And unto Adam he said, Because thou hast hearkened unto the voice of thy wife, and hast eaten of the tree, of which I commanded thee, saying, Thou shalt not eat of it: cursed is the ground for thy sake; in sorrow shalt thou eat of it all the days of thy life, (18) Thorns also and thistles shall it bring

Civil Rights Complaint Pursuant to U.S.C. § 1983

forth to thee; and thou shalt eat the herb of the
field. ⑲ In the sweat of thy face shalt thou eat bread,
till thou return unto the ground; for out of it wast
thou taken: for dust thou art, and unto dust shalt
thou return. ⑳ And Adam called his wife's name Eve;
because she was the mother of all living. ㉑ Unto Adam
also and to his wife did the LORD God make coats of
skins, and clothed them. ㉒ And the LORD God said,
Behold, the man is become as one of us, to know
good and evil: and now, lest he put forth his
hand, and take also of the tree of life, and eat,
and live for ever: ㉓ Therefore the LORD God sent
him forth from the garden of Eden, to till the
ground from whence he was taken. ㉔ So he drove
out the man; and he placed at the east of the
garden of Eden Cherubims, and a flaming
sword which turned every way, to keep the way
of the tree of life.

Genesis 4:1-26 says ① And Adam knew Eve his
wife; and she conceived, and bare Cain, and said,
I have gotten a man from the LORD. ② And she again
bare his brother Abel. And Abel was a keeper of
sheep, but Cain was a tiller of the ground. ③ And
in process of time it came to pass, that Cain brought
of the fruit of the ground an offering unto the LORD.
④ And Abel, he also brought of the firstlings of his
flock and of the fat thereof. And the LORD had respect
unto Abel and to his offering. ⑤ But unto Cain and

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

to his offering he had not respect. And Cain was very wroth, and his countenance fell. ⑥ And the LORD said unto Cain, Why art thou wroth? and why is thy countenance fallen? ⑦ If thou doest well, shalt thou not be accepted? and if thou doest not well, sin lieth at the door. And unto thee shall be his desire, and thou shalt rule over him. ⑧ And Cain talked with Abel his brother: and it came to pass, when they were in the field, that Cain rose up against Abel his brother, and slew him. ⑨ And the LORD said unto Cain, Where is Abel thy brother? And he said, I know not: Am I my brother's keeper? ⑩ And he said, What hast thou done? the voice of thy brother's blood crieth unto me from the ground. ⑪ And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand; ⑫ When thou tillest the ground, it shall not henceforth yield unto thee her strength; a fugitive and a vagabond shalt thou be in the earth. ⑬ And Cain said unto the LORD, My punishment is greater than I can bear. ⑭ Behold, thou hast driven me out this day from the face of the earth; and from thy face shall I be hid; and I shall be a fugitive and a vagabond in the earth; and it shall come to pass, that every one that findeth me shall slay me. ⑮ And the LORD said unto him, Therefore whosoever slayeth Cain, vengeance shall be taken on him sevenfold. And the LORD set a mark upon Cain, lest any

finding him should kill him. (16) And Cain went out from the presence of the LORD, and dwelt in the land of Nod, on the east of Eden. (17) And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. (18) And unto Enoch was born Irad: and Irad begat Mehujael: and Mehujael begat Methusael: and Methusael begat Lamech. (19) And Lamech took unto him two wives: the name of the one was Adah, and the name of the other Zillah. (20) And Adah bare Jabal: he was the father of such as dwell in tents, and of such as have cattle. (21) And his brother's name was Jubal: he was the father of all such as handle the harp and organ. (22) And Zillah, she also bare Tubalcain, an instructor of every artificer in brass and iron: and the sister of Tubal-cain was Naamah. (23) And Lamech said unto his wives, Adah and Zillah, Hear my voice; ye wives of Lamech, hearken unto my speech: for I have slain a man to my wounding, and a young man to my hurt. (24) If Cain shall be avenged sevenfold, truly Lamech seventy and sevenfold. (25) And Adam knew his wife again; and she bare a son, and called his name Seth: For God, said she, hath appointed me another seed instead of Abel, whom Cain slew. (26) And to Seth, to him also there was born a son; and he called his name Enos: then began men to call upon the name of the Lord.

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

21. 1 Kings 21:1-29 says ① And it came to pass

*Insert ¶ #*

after these things, that Naboth the Jezreelite had a vineyard, which was in Jezreel, hard by the palace of Ahab King of Samaria. ② And Ahab spake unto Naboth, saying, Give me thy vineyard, that I may have it for a garden of herbs, because it is near unto my house: and I will give thee for it a

22. better vineyard than it or, if it seem good to

*Insert ¶ #*

thee, I will give thee the worth of it in money. ③ And Naboth said to Ahab, The LORD forbid it me, that I should give the inheritance of my fathers unto thee ④ And Ahab came into his house heavy and displeased because of the word which Naboth the Jezreelite had spoken to him: for he

23. had said, I will not give thee the inheritance of

*Insert ¶ #*

my fathers. And he laid him down upon his bed, and turned away his face, and would eat no bread. ⑤ But Jezebel his wife came to him, and said unto him, Why is thy spirit so sad, that thou eatest no bread? ⑥ And he said unto her, Because I spake unto Naboth the Jezreelite, and said unto him, Give me thy vineyard for money; or else, if it please thee, I will give thee another vineyard for it: and he

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

24    answered, I will not give thee my vineyard.
Insert ¶ #
⑦And Jezebel his wife said unto him, Dost thou
now govern the kingdom of Israel? arise, and
eat bread, and let thine heart be merry: I will give
the the vineyard of Naboth the Jezeelite.⑧So she wrote
letters in Ahab's name, and sealed them with his seal,
and sent the letters unto the elders and to the nobles
that were in his city, dwelling with Naboth.⑨And she

25    wrote in the letters, saying, Proclaim a Fast, and
Insert ¶ #
set Naboth on high among the people.⑩ And set two
men, sons of Belial, before him, to bear witness against
him, saying, Thou didst blaspheme God and the King.
And carry him out, and stone him, that he may die.
⑪And the men of his city, even the elders and the
nobles who were the inhabitants in his city, did as Jezebel
had sent unto them, and as it was written in the

26    letters which she had sent unto them.⑫They proclaimed
Insert ¶ #
a fast, and set Naboth on high among the people.⑬And
there came in two men, children of Belial, and sat before
him: and the men of Belial witnessed against him,
even against Naboth, in the presence of the people, saying,
Naboth did blaspheme God and the King. Then they
carried him forth out of the city, and stoned him
with stones, that he died.⑭Then they sent Jezebel,
saying, Naboth is stoned, and is dead.⑮And it

Civil Rights Complaint Pursuant to U.S.C. § 1983

27. came to pass, when Jezebel heard that Naboth was stoned, and was dead, that Jezebel said to Ahab, Arise, take possession of the vineyard of Naboth the Jezreelite, which he refuse to give thee for money: for Naboth is not Alive but dead. (16) And it came to pass, when Ahab heard that Naboth was dead, that Ahab rose up to go down to the vineyard of Naboth the Jezreelite, to take possession of it. (17) And the word of the LORD

*Insert ¶ #*

28. came to Elijah the Tishbite, saying, (18) Arise, go down to meet Ahab king of Israel, which is in Samaria: behold, he is in the vineyard of Naboth, whither he is gone down to possess it. (19) And thou shalt speak unto him, saying, Thus saith the LORD, Hast thou killed, and also taken possession? And thou shalt speak unto him, saying, Thus saith the LORD, In the place where dogs licked the blood

*Insert ¶ #*

29. of Naboth shall dogs lick thy blood even thine. (20) And Ahab said to Elijah, Hast thou found me, O mine enemy? And he answered, I have found thee: because thou hast sold thyself to work evil in the sight of the LORD. (21) Behold, I will bring evil upon thee, and will take away thy posterity, and will cut off from Ahab him that pisseth against the wall, and him that is shut and left in Israel. (22) And will make thine house

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

30. like the house of Jeroboam the son of Nebat, and like the house of Baasha the son of Ahijah, for the provocation wherewith thou hast provoked me to anger, and made Israel to sin. (23) And of Jezebel also spake the LORD, saying, The dogs shall eat Jezebel by the wall of Jezreel. (24) Him that dieth of Ahab in the city the dogs shall eat; and him that dieth

31. in the field shall the fowls of the air eat. (25) But there was none like unto Ahab, which did sell himself to work wickedness in the sight of the LORD, whom Jezebel his wife stirred up. (26) And he did very abominably in following idols, according to things as did the Amorites, whom the LORD cast out before the children of Israel. (27) And

32. it came to pass, when Ahab heard those words, that he rent his clothes, and put sackcloth, and went softly. (28) And the word of the LORD came to Elijah the Tishbite, saying, (29) Seest thou how Ahab humbleth himself before me? because he humbleth himself before me, I will not bring the evil in his days: but in his son's days will I bring evil upon his house.

Civil Rights Complaint Pursuant to U.S.C. § 1983

Revelations 12:1-17 says ① And there appeared a great wonder in heaven; a woman, clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars: ② And she being with child cried, travailing in birth, and pained to be delivered. ③ And there appeared another wonder in heaven; and behold a great red dragon, having seven heads and ten horns, and seven crowns upon his heads. ④ And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born. ⑤ And she brought forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto GOD, and to his throne. ⑥ And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days. ⑦ And there was a war in heaven: Michael and his angels fought against the dragon; and the dragon fought and his angels, ⑧ And prevailed not; neither was their place found any more in heaven. ⑨ And the great dragon was cast out, that old serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him. ⑩ And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our GOD, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our GOD day and night. ⑪ And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved not their lives unto the death. ⑫ Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having

14

Page Number

great wrath, because he knoweth that he hath but a short time.

③ And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man child.

⑭ And to the woman were given two wings of a great eagle, that she might fly into the wilderness, into her place, where she is nourished for a time, and times, and half a time, from the face of the serpent. ⑮ And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood. ⑯ And the earth helped the woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth. ⑰ And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which keep the commandments of GOD, and have the testimony of Jesus Christ.

Revelation 13:1-18 says ① And I stood upon the sand of the sea, and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy. ② And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power, and his seat, and great authority. ③ And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast. ④ And they worshipped the dragon which gave power unto the beast: and they worshipped the beast, saying, Who is like unto the beast? who is able to make war with him? ⑤ And there was given unto him a mouth speaking great things and blasphemies; and power was given unto

1  him to continue forty and two months. ⑥ And he opened his
2  mouth in blasphemy against GOD, to blaspheme his name,
3  and his tabernacle; and them that dwell in heaven.
4  ⑦ And it was given unto him to make war with the
5  saints, and to overcome them: and power was given
6  him over all kindreds, and tongues, and nations.
7  ⑧ And all that dwell upon the earth shall worship
8  him, whose names are not written in the book of life
9  of the Lamb slain from the foundation of the world.
10 ⑨ If any man have an ear, let him hear. ⑩ He that
11 leadeth into captivity shall go into captivity: he that killeth
12 with the sword must be killed with the sword. Here is
13 the patience and faith of the saints. ⑪ And I beheld
14 another beast coming up out of the earth; and he had two
15 horns like a lamb, and he spake as a dragon. ⑫ And
16 he exerciseth all the power of the first beast before
17 him, and causeth the earth and them which dwell therein
18 to worship the first beast, whose deadly wound was healed.
19 ⑬ And he doeth great wonders, so that he maketh fire
20 come down from heaven on the earth in the sight of
21 men, ⑭ And deceiveth them that dwell on the earth
22 by the means of those miracles which he had power to
23 do in the sight of the beast; saying to them that dwell
24 on the earth, that they should make an image to the
25 beast, which had the wound by a sword, and did
26 live. ⑮ And he had power to give life unto the image
27 of the beast, that the image of the beast should both
28 speak, and cause that as many as would not worship

39

40

41

the image of the beast should be killed. (16) And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads: (17) And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name. (18) Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six.

Revelation 16:1-21 says (1) And I heard a great voice out of the temple saying to the seven angels, Go your ways, and pour out the vials of the wrath of GOD upon the earth. (2) And the first went, and poured out his vial upon the earth; and there fell a noisome and grievous sore upon the men which had the mark of the beast, and upon them which worshipped his image. (3) And the second angel poured out his vial upon the sea; and it became as the blood of a dead man: and every living soul died in the sea. (4) And the third angel poured out his vial upon the rivers and fountains of waters; and they became blood. (5) And I heard the angel of the waters say, Thou art righteous, O LORD, which art, and wast, and shalt be, because thou hast judged thus. (6) For they have shed the blood of saints and prophets, and thou hast given them blood to drink; for they are worthy. (7) And I heard another out of the altar say, Even so, LORD GOD Almighty, true and righteous are thy judgments.

⑧ And the fourth angel poured out his vial upon the sun; and power was given unto him to scorch men with fire ⑨ And men were scorched with great heat, and blasphemed the name of GOD, which hath power over these plagues: and they repented not to give him glory. ⑩ And the fifth angel poured out his vial upon the seat of the beast; and his kingdom was full of darkness; and they gnawed their tongues for pain, ⑪ And blasphemed the GOD of heaven because of their pains and their sores, and repented not of their deeds. ⑫ And the sixth angel poured out his vial upon the great river Euphrates; and the water thereof was dried up, that the way of the kings of the east might be prepared. ⑬ And I saw three unclean spirits like frogs come out of the mouth of the dragon, and out of the mouth of the beast, and out of the mouth of the false prophet. ⑭ For they are the spirits of devils, working miracles, which go forth unto the kings of the earth and of the whole world, to gather them to battle of that great day of GOD Almighty. ⑮ Behold, I come as a thief. Blessed is he that watcheth, and keepeth his garments, lest he walk naked, and they see his shame. ⑯ And he gathered them together into a place called in the Hebrew tongue Armageddon. ⑰ And the seventh angel poured out his vial into the air; and there came a great voice out of the temple of heaven, from the throne, saying, It is done. ⑱ And there were voices, and thunders, and lightnings;

CV-127 (09/09)                     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

48

1  and there was a great earthquake, such as was not since
2  men were upon the earth, so mighty an earthquake, and
3  so great. (19) And the great city was divided into three
4  parts, and the cities of the nations fell: and great Babylon
5  came in remembrance before GOD, to give unto her the cup
6  of the wine of the fierceness of his wrath. (20) And every
7  island fled away, and the mountains were not found.
8  (21) And there fell upon men a great hail out of
9  heaven, every stone about the weight of a talent:
10 and men blasphemed GOD because of the plague

49

11 of the hail; for the plague thereof was exceeding
12 great.
13 Revelation 17:1-18 says (1) And there came one of the
14 seven angels which had the seven vials, and talked
15 with me, saying unto me, Come hither; I will show
16 unto thee the judgement of the great whore that
17 sitteth upon many waters: (2) With whom the kings

50

18 of the earth have committed fornication, and the
19 inhabitants of the earth have been made drunk with
20 the wine of her fornication. (3) So he carried me away
21 in the spirit into the wilderness: and I saw a woman sit
22 upon a scarlet coloured beast, full of names of blasphemy,
23 having seven heads and ten horns. (4) And the woman
24 was arrayed in purple and scarlet colour, and decked
25 with gold and precious stones and pearls, having a
26 golden cup in her hand full of abominations and
27 filthiness of her fornication: (5) And upon her forehead
28 was a name written, MYSTERY, BABYLON THE

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. ⑥ And I saw the woman drunken with the blood of the saints, and with the martyrs of Jesus: and when I saw her, I wondered with great admiration. ⑦ And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns. ⑧ The beast that thou sawest was, and is not; and shall ascend out of the bottomless pit, and go into perdition: and they that dwell on the earth shall wonder, whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is. ⑨ And here is the mind which hath wisdom. The seven heads are seven mountains, on which the woman sitteth. ⑩ And there are seven kings: five are fallen, and one is, and the other one is not yet come; and when he cometh, he must continue a short space. ⑪ And the beast that was, and is not, even he is the eighth, and is of the seven, and goeth into perdition. ⑫ And the ten horns which thou sawest are ten kings, which have received no kingdom as yet; but receive power as kings one hour with the beast. ⑬ These have one mind, and shall give their power and strength unto the beast. ⑭ These shall make war with the Lamb, and the Lamb shall overcome them: for he is LORD of lords, and

King of kings: and they that are with him are, called, and chosen, and faithful. (15) And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues. (16) And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire. (17) For GOD hath put in their hearts to fulfill his will, and to agree, and give their kingdom unto the beast, until the words of GOD shall be fulfilled. (18) And the woman which thou sawest is that great city, which reigneth over the kings of the earth.

Revelation 18:1-24 says (1) And after these things I saw another angel come down from heaven, having great power, and the earth was lightened with his glory. (2) And he cried mightily with a strong voice, saying, Babylon the great is fallen, is fallen, and is become the habitation of devils, and the hold of every foul spirit, and a cage of every unclean and hateful bird. (3) For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies. (4) And I heard another voice from heaven, saying, Come out of her, my people, that ye be not partakers of her sins, and that ye receive

not of her plagues. ⑤ For her sins have reached unto heaven, and GOD hath remembered her iniquities. ⑥ Reward her even as she rewarded you, and double unto her double according to her works: in the cup which she hath filled fill to her double. ⑦ How much she hath glorified herself, and lived deliciously, so much torment and sorrow give her: for she saith in her heart, I sit a queen, and am no widow, and shall see no sorrow. ⑧ Therefore shall her plagues come in one day, death, and mourning, and famine; and she shall be utterly burned with fire: for strong is the LORD GOD who judgeth her. ⑨ And the kings of the earth, who have committed fornication and lived deliciously with her, shall bewail her, and lament for her, when they shall see the smoke of her burning, ⑩ Standing afar off for the fear of her torment, saying, Alas Alas, that great city Babylon, that mighty city! for in one hour is thy judgement come. ⑪ And the merchants of the earth shall weep and mourn over her; for no man buyeth their merchandise any more. ⑫ The merchandise of gold, and silver, and precious stones, and of pearls, and fine linen, and purple, and silk, and scarlet, and all thyine wood, and all manner vessels of most precious wood, and of brass, and iron and marble, ⑬ And cinnamon, and odours, and ointments, and frankincense, and wine, and oil, and fine flour, and wheat, and beasts, and sheep,

22

and horses, and chariots, and slaves, and souls of men. And the fruits that thy soul lusted after are departed from thee, and all things which were dainty and goodly are departed from thee, and thou shalt find them no more at all. The merchants of these things, which were made rich by her, shall stand afar off for the fear of her torment, weeping and wailing. And saying, Alas, alas, that great city, that was clothed in fine linen, and purple, and scarlet, and decked with gold, and precious stones, and pearls! For in one hour so great riches is come to nought. And every shipmaster, and all the company in ships, and sailors, and as many as trade by sea, stood afar off, And cried when they saw the smoke of her burning, saying, What city is like unto this great city! And they cast dust on their heads, and cried, weeping and wailing, saying, Alas, alas, that great city, wherein were made rich all that had ships in the sea by reason of her costliness! For in one hour is she made desolate. Rejoice over her, thou heaven, and ye holy apostles and prophets; for GOD hath avenged you on her. And a mighty angel took up a stone like a great millstone, and cast it into the sea, saying, Thus with violence shall that great city Babylon be thrown down, and shall be found no more at all. And the voice of harpers, and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman,

of whatsoever craft he be, shall be found any
more in thee; and the sound of a millstone, shall
be heard no more at all in thee. ㉓ And the light of
a candle shall shine no more, at all in thee.; and
the voice of the bridegroom and of the bride shall
be heard no more, at all in thee: for thy merchants
were great men of the earth; for by thy sorceries
were all nations deceived. ㉔ And in her was found
the blood of prophets, and of saints, and of all that
were slain upon the earth.

Revelation 19:1-21 says ① And after these things I heard
a great voice of much people in heaven, saying, Alleluia;
Salvation, and glory, and honour, and power, unto the
LORD our GOD: ② For true and righteous are his judgements:
for he hath judged the great whore, which did corrupt
the earth with her fornication, and hath avenged the
blood of his servants at her hand. ③ And again they said,
Alleluia. And her smoke rose up for ever and ever. ④ And the
four and twenty elders and four beasts fell down and worshipped
GOD that sat on the throne, saying, Amen; Alleluia.
⑤ And a voice came out of the throne, saying, Praise our
GOD, all ye his servants, and ye that fear him, both small
and great. ⑥ And I heard as it were the voice of a great
multitude, and as the voice of many waters, and as the
voice of mighty thunderings, saying, Alleluia: for the LORD
GOD omnipotent reigneth. ⑦ Let us be glad and rejoice, and
give honour to him: for the marriage of the Lamb is come,
and his wife hath made herself ready. ⑧ And to her was granted

24

*Page Number*

that she should be arrayed in fine linen, clean and white:
for the fine linen is the righteousness of saints. ⑨ And
he saith unto me, Write, Blessed are they which are called
unto the marriage supper of the Lamb. And he saith unto
me, These are the true sayings of GOD. ⑩ And I fell
at his feet to worship him. And he said unto me, See
thou do it not: I am thy fellowservant, and of thy
brethren that have the testimony of Jesus: worship
GOD: For the testimony of Jesus is the spirit of
prophecy. ⑪ And I saw heaven opened, and behold a
white horse; and he that sat upon him was called
Faithful and True, and in righteousness he doth judge and
make war. ⑫ His eyes were as a flame of fire, and on
his head were many crowns; and he had a name
written, that no man knew, but he himself. ⑬ And
he was clothed with a vesture dipped in blood: and his name
is called The Word of GOD. ⑭ And the armies which were in
heaven followed him upon white horses, clothed in fine linen,
white and clean. ⑮ And out of his mouth goeth a sharp
sword, that with it he should smite the nations: and he
shall rule them with a rod of iron: and he treadeth
the winepress of the fierceness and wrath of Almighty GOD.
⑯ And he hath on his vesture and on his thigh a name
written, KING OF KINGS, AND LORD OF LORDS. ⑰ And I
saw an angel standing in the sun; and he cried with a
loud voice, saying to all the fowls that fly in the midst,
Come and gather yourselves together unto the supper
of the great GOD; ⑱ That ye may eat the flesh

25

*Page Number*

69. of kings, and the flesh of captains, and the flesh

*Insert ¶ #*

of mighty men, and the flesh of horses, and of them that sit on them, and the flesh of all men, both free and bond, both small and great. (19) And I saw the beast, and the kings of the earth, and their armies, gathered together to make war against him that sat on the horse, and against his army. (20) And the beast was taken, and with him the

70. false prophet that wrought miracles before him,

*Insert ¶ #*

with which he deceived them that had received the mark of the beast, and them that worshipped his image. These both were cast alive into a lake of fire burning with brimstone. (21) And the remnant were slain with the sword of him that sat upon the horse, which sword proceeded out of his mouth: and all the fowls were filled with their flesh.

71. Revelations 20:1-15 says (1) And I saw an angel

*Insert ¶ #*

come down from heaven, having the key of the bottomless pit and a great chain in his hand. (2) And he laid hold on the dragon, that old serpent, which is the Devil, and Satan, and bound him for a thousand years. (3) And cast him into the bottomless pit, and shut him up, and set a seal upon him, that he should deceive the nations no more, till the thousand

Civil Rights Complaint Pursuant to U.S.C. § 1983

72. years should be fulfilled: and after that he
*Insert ¶ #*
must be loosed a little season ④ And I saw
thrones, and they sat upon them: and I saw
the souls of them that were beheaded for the
witness of Jesus, and for the word of God,
and which had not worshipped the beast, neither
his image, neither had received his mark upon their
foreheads, or in their hands; and they lived and

73. reigned with Christ a thousand years ⑤ But
*Insert ¶ #*
the rest of the dead lived not again until the
thousand years were finished. This is the first
resurrection. ⑥ Blessed and holy is he, that hath
part in the first resurrection: on such the second
death hath no power, but they shall be priests
of God and of Christ, and shall reign with him
a thousand years. ⑦ And when the thousand years are

74. expired, Satan shall be loosed out of his prison,
*Insert ¶ #*
⑧ And shall go out to deceive the nations which are
in the four quarters of the earth, Gog and Magog,
to gather them together to battle: the number
of whom is as the sand of the sea. ⑨ And they went
up on the breadth of the earth, and compassed the camp
of the saints about, and the beloved city: and fire came
down from God out of heaven, and devoured them.
⑩ And the devil that deceived them was cast into the

Civil Rights Complaint Pursuant to U.S.C. § 1983

75. lake of fire and brimstone, where the beast and
*Insert ¶ #* the false prophet are, and shall be tormented day
and night for ever and ever. ⑩ And I saw a great
white throne, and him that sat on it, from whose face
the earth and the heaven fled away, and there was
found no place for them ⑪ And I saw the dead,
small and great, stand before God, and the books
were opened: and another book was opened, which

76. is the book of life: and the dead were judged
*Insert ¶ #* out of those things which were written in the books,
according to their works. ⑬ And the sea gave up
the dead which were in it, and death and hell
delivered up the dead which were in them: and they
were judged every man according to their works.
⑭ And death and hell were cast into the lake
of fire. This is the second death. ⑮ And

77. Whosoever was not found written in the book
*Insert ¶ #* of life was cast into the lake of fire.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

78. Revelation 21:1-27 says ① And I saw a new heaven and a new earth: for the first heaven and the first earth were passed away; and there was no more sea. ② And I John saw the holy city, new Jerusalem, coming down from GOD out of heaven, prepared as a bride adorned for her husband. ③ And I heard a great voice out of heaven saying, Behold, the tabernacle of GOD

79. is with men, and he will dwell with them, and they shall be his people, and GOD himself shall be with them, and be their GOD. ④ And GOD shall wipe away all tears from their eyes; and there shall be no more death, neither sorrow, nor crying, neither shall there be any more pain: for the former things are passed away. ⑤ And he that sat upon the throne said, Behold, I make all things

80. new. And he said unto me, Write: for these words are true and faithful. ⑥ And he said unto me, It is done. I am Alpha and Omega, the beginning and the end. I will give unto him that is athirst of the fountain of the water of life freely. ⑦ He that overcometh shall inherit all things; and I will be his GOD, and he shall be my son. ⑧ But the fearful, and unbelieving, and the abominable, and murderers, and whoremongers, and sorcerers, and idolaters, and all liars, shall have their part in the lake

<u>29</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

which burneth with fire and brimstone: which is the second death. (9) And there came unto me one of the seven angels which had the seven vials full of the seven last plagues, and talked with me, saying, Come hither, I will show thee the bride, the Lamb's wife. (10) And he carried me away in the spirit to a great and high mountain, and shewed me that great city, the holy Jerusalem, descending out of heaven from GOD, (11) Having the glory of GOD: and her light was like unto a stone most precious, even like a jasper stone, clear as crystal; (12) And had a wall great and high, and had twelve gates, and at the gates twelve angels, and names written thereon, which are the names of the twelve tribes of the children of Israel: (13) On the east three gates, on the north three gates; on the south three gates; and on the west three gates. (14) And the wall of the city had twelve foundations, and in them the names of the twelve apostles of the Lamb. (15) And he that talked with me had a golden reed to measure the city, and the gates thereof, and the wall thereof. (16) And the city lieth foursquare, and the length is as large as the breadth: and he measured the city with the reed, twelve thousand furlongs. The length and the breadth and the height of it are equal. (17) And he measured the wall thereof, an hundred and forty and four cubits, according to the measure of a man,

that is, of the angel. ⑱ And the building of the wall of it was of jasper: and the city was pure gold, like unto clear glass. ⑲ And the foundations of the wall of the city were garnished with all manner of precious stones. The first foundation was jasper; the second, sapphire; the third, a chalcedony; the fourth, emerald; ⑳ The fifth, sardonyx; the sixth, sardius; the seventh, chrysolyte; the eighth, beryl; the ninth, a topaz; the tenth, a chrysoprasus; the eleventh, a jacinth; the twelfth, an amethyst. ㉑ And the twelve gates were twelve pearls; every several gate was of one pearl: and the street of the city was pure gold, as it were transparent glass. ㉒ And I saw no temple therein: for the LORD GOD Almighty and the Lamb are the temple of it. ㉓ And the city had no need of the sun, neither of the moon, to shine in it: for the glory of GOD did lighten it, and the Lamb is the light thereof. ㉔ And the nations of them which are saved shall walk in the light of it: and the kings of the earth do bring their glory and honour into it. ㉕ And the gates of it shall not be shut at all by day: for there shall be no night there. ㉖ And they shall bring the glory and honour of the nations into it. ㉗ And there shall in no wise enter into it any thing that defileth, neither whatsoever worketh abomination, or maketh a lie: but they which are written in the Lamb's book of life.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

87. Revelation 22:1-21 says ① And he showed me a pure river of water of life, clear as crystal, proceeding out of the throne of GOD and of the Lamb. ② In the midst of the street of it, and on either side of the river, was there the tree of life, which bare twelve manner of fruits: and yielded her fruit every month: and the leaves of the tree were for the healing

*Insert ¶ #*

88. of the nations. ③ And there shall be no more curse: but the throne of GOD and of the Lamb shall be in it, and his servants shall serve him: ④ And they shall see his face; and his name shall be in their foreheads. ⑤ And there shall be no night there; and they need no candle, neither light of the sun; for the LORD GOD giveth them light: and they shall reign for ever and ever. ⑥ And he said unto me, These

*Insert ¶ #*

89. sayings are faithful and true: and the LORD GOD of the holy prophets sent his angel to show unto his servants the things which must shortly be done. ⑦ Behold, I come quickly: blessed is he that keepeth the sayings of the prophecy of this book. ⑧ And I John saw these things, and heard them. And when I had heard and seen, I fell down to worship before the feet of the angel which showed me these things. ⑨ Then saith he unto me, See thou do it not: for I am thy

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

fellowservant, and of thy brethren the prophets, and of them which keep the sayings of this book: worship GOD. ⑩ And he saith unto me, Seal not the sayings of the prophecy of this book: for the time is at hand. ⑪ He that is unjust, let him be unjust still: and he which is filthy, let him be filthy still: and he that is righteous, let him be righteous still: and he that is holy, let him be holy still. ⑫ And, behold, I come quickly; and my reward is with me, to give every man according as his work shall be. ⑬ I am Alpha and Omega, the beginning and the end, the first and the last. ⑭ Blessed are they that do his commandments, that they may have right to the tree of life, and may enter in through the gates into the city. ⑮ For without are dogs, and sorcerers, and whore-mongers, and murderers, and idolaters, and whosoever loveth and maketh a lie. ⑯ I Jesus have sent mine angel to testify unto you these things in the churches. I am the root and the offspring of David, and the bright and morning star. ⑰ And the Spirit and the bride say, Come. And let him that heareth say Come. And let him that is athirst come. And whosoever will, let him take the water of life freely. ⑱ For I testify unto every man        that heareth the words of the prophecy of this book, If any man shall add

unto these things, GOD shall add unto him the plagues that are written in this book. (19) And if any man shall take away from the words of the book of this prophecy, GOD shall take away his part out of the book of life, and out of the holy city, and from the things which are written in this book. (20) He which testifieth these things saith, Surely I come quickly. Amen. Even so, come, LORD Jesus. (21) The grace of our LORD Jesus Christ be with you all. Amen.

CV-127 (09/09)                    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# V. CLAIMS

## Claim #1

95. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

96. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #*    federal constitutional or statutory civil right:

First Amendment

Amendment 13

Amendment 14

97. The above civil right was violated by the following Defendants:

*Insert ¶ #*

Kim Yo-Jong and Kim Jong-Un

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

98. By partaking in the communist agenda

*Insert ¶ #*  that was created to enslave United States of America by means of deception. The communist agenda used the Holy Bible to produce Convolution which means- a tortuous irregularity or elevation caused by the infolding of a structure upon itself. The communist agenda was designed to turn me against my beliefs so that I was forced to follow their beliefs that are against Christianity.

99. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #*  was harmed in the following way:

My whole life has been unfair, perverted, a lie, abusive, etc. They made me serve a demonic system by manipulating the True Word of God (The Bible) KJV

35

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

100. That Communist agenda be destroyed throughout the entire world

*Insert ¶ #*

101. The systems built off the communist agenda must be destroyed

*Insert ¶ #*

102. That the WORD OF GOD goes forth to fulfil its purpose quickly and without delay.

*Insert ¶ #*

103. That JUSTICE will have its perfect work in the lives of the believers who suffered at the hands of wickedness & greed!

*Insert ¶ #*

Dated: 3/20/2023

Sign:

Print Name: Victoria Dillhunt

36
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## **DEMAND FOR JURY TRIAL**

2

3    Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5    Dated: 3/20/2023

6    Sign:

7    Print Name: Vetonia

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

37

Page Number